# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AVERYL CLEVELAND MCDANIELS, | |
| Petitioner, | |
| v. | 1:05-cv-2828-WSD |
| JIMMY JONES, Director of Dismas Charities, Inc., et al, | |
| Respondents. | |

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge C. Christopher Hagy [2] on the Petitioner's Writ of Habeas Corpus. [1]  Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record.  United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984).  After careful review, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions.  Accordingly,

**IT IS HEREBY ORDERED** that the Court **ADOPTS AS ITS ORDER** the Magistrate Judge's Report and Recommendation.  Petitioner's Writ of Habeas

Corpus is hereby **DISMISSED**.   The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 20th day of December, 2005.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE